IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAYED T. AUQELEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-257-XXX |
| | ) | |
| BANK OF AMERICA CORPORATION, a | ) | |
| Delaware Corporation | ) | Jury Trial Demanded |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Elena D. Marcuss, Esquire to represent Defendant in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Margaret M. DiBianca*
Sheldon N. Sandler (I.D. No. 245)
Margaret M. DiBianca (I.D. No. 4539
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
Telephone: (302) 571-6673; 571-5008
Facsimile: (302) 576-3330; 576-3476
Email: ssandler@ycst.com; mdibianca@ycst.com
*Attorneys for Defendant*

Dated: May 28, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that on this _____ day of _____, 2008, Counsel's Motion for Admission *pro hac vice* is granted.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Maryland. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*Elena Marcuss*
Elena D. Marcuss, Esquire
McGuireWoods LLP
7 Saint Paul Street, Suite 1000
Baltimore, MD 21202
(410) 659-4454

Dated: May 27, 2008