IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAYED T. AUQELEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-257 SLR |
| | ) |
| BANK OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

      I, Margaret M. DiBianca, Esquire, do hereby certify that on August 14, 2008, I caused to be mailed one (1) copy of **Defendant's First Request for Production of Documents and Property to Plaintiff** and **Defendant's First Set of Interrogatories to Plaintiff** via U.S. First Class mail, postage pre-paid, to the following:

      Martin D. Haverly, Esquire
      Two East 7th Street, Suite 201
      Wilmington, DE 19801

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

      */s/ Margaret M. DiBianca*
      Margaret M. DiBianca (No. 4539)
      The Brandywine Building, 17th Floor
      1000 West Street
      P.O. Box 391
      Wilmington, DE 19899-0391
      Telephone: (302) 571-6673
      Facsimile: (302) 576-3330
      Email: mdibianca@ycst.com
      Attorney for Defendant

Of Counsel:

Elena D. Marcuss, Esquire
McGuireWoods LLP
7 St. Paul Street, Suite 1000
Baltimore, MD 21202
Telephone: (410) 659-4400
Facsimile: (410) 659-4547
Email: emarcuss@mcguirewoods.com
Attorney for Defendant