**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **SAYED T. AUQELEY** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A. No. 08-257-SLR |
| | : | |
| **BANK OF AMERICA CORPORAT**ION, | : | |
| a Delaware Corporation | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF SERVICE**

I, Martin D. Haverly, being a member of the Bar of Court, do hereby certify that on September 4, 2008, I caused two (2) copies of the foregoing **RULE 26 SELF-EXECUTING INITIAL DISCLOSURES OF PLAINTIFF** to be delivered via Pacer e-filing and first class mail postage prepaid to the following:

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> Margaret M. DiBianca (No. 4539)
> The Brandywine Building, 17th Floor
> 1000 West Front Street
> P.O. Box 391
> Wilmington, DE 19899-0391
> Telephone: (302) 571-6673
> Email: mdibianca@ycst.com
> Attorney for Defendant

> Elena D. Marcuss, Esquire
> McGuireWoods, LLP
> 7 St. Paul Street, Suite 1000
> Baltimore, MD 21202
> Telephone: (410) 659-4400
> Email: emarcuss@mcguirewoods.com
> Attorney for Defendant

**MARTIN D. HAVERLY, ATTORNEY AT LAW**

/s/ Martin D. Haverly
**MARTIN D. HAVERLY, ESQUIRE**
Del. Bar No. 3295
Two East Seventh Street, Suite 201
Wilmington, DE 19801
(302)654-2255

Attorney for Plaintiff