IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAYED T. AUQELEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    C.A. No. 08-257-SLR |
| | ) |
| BANK OF AMERICA CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Margaret M. DiBianca, Esquire, do hereby certify that on September 4, 2008, I

caused to be mailed one copy of **Defendant's Initial Disclosures Pursuant to Federal Rule of**

**Civil Procedure 26(a)(1)** via Hand Delivery, to the following counsel of record:

Martin D. Haverly, Esquire
Two East 7th Street, Suite 201
Wilmington, DE 19801


YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret M. DiBianca*
Margaret M. DiBianca (No. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
E-mail: mdibianca@ycst.com
*Attorneys for Defendant*